IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEMINOLE COUNTY AND
JOHNS EASTERN COMPANY,
INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D14-3492

v.

LINDA SHATTLES,

     Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from an order of the Judge of Compensation Claims.
Robert D. McAliley, Judge.

Date of Accident: August 16, 1988.

Michael Broussard and Michael Sanchez of Broussard & Cullen, P.A., Orlando, for
Appellants.

Bill McCabe, Longwood, and Douglas H. Glicken, Orlando, for Appellee.


PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.